IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELTON RIEARA,

    Plaintiff,

vs.

YOLANDA TUBBS, individually and in her official capacity, and R. CLEMENTS, individually and in his official capacity,

    Defendants.

CIVIL ACTION NO.: CV204-158

## ORDER

Plaintiff has filed a "Motion to Dismiss in its Entirety With Prejudice The Defendants' Motion to Dismiss or for Summary Judgment and Grant Not Only the Reliefs Sought in the Plaintiff's Original Complaint in this Matter, but Also the Requests Requested Herein, All as Sanctions against Defendants' Representatives for Their Violation(s) of `Duty of Candor'." (Doc. 24.) Plaintiff's motion for sanctions is **DENIED**.

SO ORDERED, this 26th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

RIEARA  )

vs  )  CASE NUMBER CV204-158

TUBBS, ET AL  )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/26/05 , which is part of the official record of this case.

Date of Mailing: 7/26/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____Sherry Taylor_____
Sherry Taylor, Deputy Clerk

**Name and Address**

Delora Kennebrew
Elton Rieara, 09989-017, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate